*In re* KREMER/McBEE, No. 153789; Court of Appeals No. 328664.

AIELLO v SABAUGH, No. 153982; Court of Appeals No. 333461.

VIVIANO, J., did not participate due to a familial relationship with the presiding circuit court judge in this case.

*Summary Disposition June 28, 2016:*

PEOPLE v YOWCHUANG, No. 150148; Court of Appeals No. 314706. By order of November 26, 2014, the application for leave to appeal the

August 5, 2014 judgment of the Court of Appeals was held in abeyance pending the decision in *People v Seewald* (Docket No. 150146). On order of the Court, the case having been decided on April 25, 2016, 499 Mich 111 (2016), the application is again considered. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we reverse the judgment of the Court of Appeals, and we remand this case to the Wayne Circuit Court to reinstate the bindover decision of the 16th District Court and for further proceedings consistent with this Court's opinion in *People v Seewald*.